# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1640

_____

Joseph Hart; Cheryl Hart,                           *
                                                    *
                   Appellants,                      *
                                                    *     Appeal from the United States
         v.                                         *     District Court for the
                                                    *     Western District of Arkansas.
Jerry Patton; Norman McChristian,                   *
                                                    *          [UNPUBLISHED]
                   Appellees.                       *

_____

Submitted:  September 13, 2001

Filed:  November 2, 2001

_____

Before BOWMAN, LOKEN, and BYE, Circuit Judges.

_____

PER CURIAM

Joseph and Cheryl Hart (the Harts) were general partners in a limited liability partnership, Vinewood Communications, which operated a radio station.  One of the Harts' limited partners, Norman McChristian, brought suit to remove the Harts as general partners.  Relief was granted and McChristian, along with Jerry Patton, the appointed receiver of Vinewood Communications,  proceeded to take possession of the partnership's assets. The Harts resisted and were arrested by the sheriff.

The Harts filed suit under 42 U.S.C. § 1983 claiming that the seizure of the partnership assets and the arrest were wrongful. The District Court[1] granted defendant Patton's motion to dismiss for failure to state a claim against Patton. Subsequently, the District Court[2] granted summary judgment in favor of defendant McChristian, dismissed the action, and issued an extensive memorandum opinion outlining its reasons.

The Harts appeal the grant of summary judgment as to McChristian and the grant of dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) as to Patton. After de novo review of the record, see Hott v. Hennepin County, Minn., 260 F. 3d 901, 904 (8th Cir. 2001), we conclude that the grant of summary judgment for McChristian was proper for the reasons stated in the District Court's memorandum opinion. Similarly, after de novo review, see Casino Resource Corp. v. Harrah's Entertainment, Inc., 243 F. 3d 435, 437 (8th Cir. 2001), we conclude that the grant of Patton's motion to dismiss was proper, again for the reasons stated in the District Court's order. We affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jim Larry Hendren, United States District Judge for the Western District of Arkansas, granted Patton's motion to dismiss.

[2]The Honorable Franklin Waters, United States District Judge for the Western District of Arkansas, granted McChristian's motion for summary judgment.